UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALLEN BRANDT,

                Plaintiff,

-vs-                                            Case No. 6:10-cv-1465-Orl-28KRS

FLORIDA DEPARTMENT OF
CORRECTIONS, OFFICER PERCH, OFFICER
STEPHENS,

                Defendants.
_____/

## ORDER OF DISMISSAL

On October 7, 2010, the Court ordered Plaintiff to file an amended complaint within fourteen days from the date of the Order (Doc. No. 16). On October 29, 2010, the Court entered an Order (Doc. No. 19) allowing Plaintiff until December 1, 2010, to comply with the Court's Order of October 7, 2010. Further, the Court notified Plaintiff in both of the above-mentioned Orders that the failure to comply would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

DONE AND ORDERED in Orlando, Florida, this ___3rd___ day of December, 2010.

                                                    JOHN ANTOON II
                                                    UNITED STATES DISTRICT JUDGE

Copies to:
sa 12/3
Allen Brandt